UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOROTHY POOLE, Individually and as Personal Representative of THE ESTATE OF TYLER POOLE, <br><br> Plaintiff <br><br> v. <br><br> CHELSEA R. HOWARD, FNP, and SARA WILLEY, FNP, et al., <br><br> Defendants | Docket No. 1:22-cv-00364-JDL |

## STATUS REPORT

NOW COME the Plaintiffs, through their attorney, and file a Status Report pursuant to this Court's Order:

1. The discovery deadline for the medical malpractice screening panel is February 28, 2024.

2. A panel hearing is scheduled "no sooner than 30 days following the close of discovery."

3. Plaintiffs and Defendants have designated their expert witnesses.

4. There have been three depositions thus far: Dorothy Poole, Lt. Frank J. Shepard and Travis Young.

5. Two additional depositions are scheduled for November 30, 2023, to wit: Jillian Jones and Sgt. Gross.

6. There are additional depositions scheduled as follows: the continued deposition of Frank Shepard is scheduled for January 9, 2024, the continued deposition of Travis Young is scheduled for January 9, 2024; the deposition of Lisa Parkin is scheduled for January 22, 2024; the deposition of

Chelsea Howard is scheduled for January 25, 2024; and, the deposition of Sara Willey is scheduled for January 31, 2024.

7.  The depositions of Sarah Bowers, Christa Cutrona, Victor Petreca and Judith Cox are in the process of being scheduled.

8.  The Federal matter is currently stayed until December 1, 2023 pending the filing of this Status Report.

9.  It is respectfully submitted that the stay should remain in effect through at least March 29, 2024, when another Status Report should be filed.

10. All Defendants' counsel consent to the filing of this Status Report.

Dated: November 29, 2023

/s/ Scott J. Lynch
_____
Scott J. Lynch, Esquire
Maine Bar No. 7314
Lynch & Van Dyke, P.A.
261 Ash Street
P.O. Box 116
Lewiston, ME  04243-0116
(207) 786-6641
slynch@hlrvd.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Scott J. Lynch, hereby certify that on November 29, 2023, I electronically filed the foregoing Status Report with the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 29, 2023                     /s/ Scott J. Lynch
                                                                    _____
                                                                    Scott J. Lynch, Esquire
                                                                    Maine Bar No. 7314
                                                                    Lynch & Van Dyke, P.A.
                                                                    261 Ash Street
                                                                    P.O. Box 116
                                                                    Lewiston, ME  04243-0116
                                                                    (207) 786-6641
                                                                    slynch@hlrvd.com
                                                                    Attorney for Plaintiffs